UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRUCE A. SUMMERFIELD, on behalf of himself and all others similarly situated, | : | Hon. Joseph H. Rodriguez |
| Plaintiff, | : | Civil Action No. 08-1450 |
| v. | : | |
| EQUIFAX INFORMATION SERVICES LLC, | : | CONSENT ORDER |
| Defendant. | : | |

This matter having come before the Court on a joint application to transfer this case to the Eastern District of Pennsylvania for purposes of finalizing a tri-State settlement; and

Upon consideration of the motion, agreed to by the parties,

IT IS ORDERED on this 20th day of July, 2010 that the instant motion to transfer this case to the United States District Court for the Eastern District of Pennsylvania for purposes of settlement of the certified class action, filed by Plaintiff Bruce Summerfield, is hereby GRANTED.

The Clerk of the Court shall TRANSFER this case to the United States District Court for the Eastern District of Pennsylvania for purposes of consolidation with *Chakejian v. quifax Information Services LLC*, C.A. No. 07-2211 (E.D. Pa.).

_____
JOSEPH H. RODRIGUEZ U.S.D.J.

**AB**

CLOSED, RULE16, SCHEDO

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:08-cv-01450-JHR-AMD

**10  3578**

SUMMERFIELD v. EQUIFAX INFORMATION SERVICES LLC
Assigned to: Judge Joseph H. Rodriguez
Referred to: Magistrate Judge Ann Marie Donio
Cause: 15:1681 Fair Credit Reporting Act

Date Filed: 03/21/2008
Date Terminated: 07/20/2010
Jury Demand: Plaintiff
Nature of Suit: 480 Consumer Credit
Jurisdiction: Diversity

## Plaintiff

**BRUCE A. SUMMERFIELD**
*On behalf of himself and all others similary situated*

represented by **GREGORY JOSEPH GORSKI**
FRANCIS & MAILMAN PC
LAND TITLE BUILDING
19TH FLOOR
100 SOUTH BROAD STREET
PHILADELPHIA, PA 19107
215-735-8600
Email: ggorski@consumerlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES A. FRANCIS**
FRANCIS & MAILMAN, P.C.
100 SOUTH BROAD STREET
PHILADELPHIA,, PA 19110
215-735-8600
Email: jfrancis@consumerlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOANNE Y. PARK**
FRANCIS & MAILMAN, P.C.
LAND TITLE BUILDING, 19TH FLOOR
100 SOUTH BROAD STREET
PHILADELPHIA, PA 19110
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOHN SOUMILAS**
FRANCIS & MAILMAN, P.C.
LAND TITLE BUILDING
19TH FLOOR
100 SOUTH BROAD STREET
PHILADELPHIA, PA 19110
(215) 735-8600

Email: jsoumilas@consumerlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**EQUIFAX INFORMATION SERVICES LLC**   represented by   **DEBRA MARIE ALBANESE**
TRAFLET & FABIAN, ESQS.
264 SOUTH STREET
MORRISTOWN, NJ 07960
(973) 631-6222
Email: dalbanese@trafletfabian.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2008 | 1 | COMPLAINT against EQUIFAX INFORMATION SERVICES LLC ( Filing fee $ 350 receipt number 1918252.) JURY DEMAND, filed by BRUCE A. SUMMERFIELD. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(nf, ) (Entered: 03/25/2008) |
| 03/25/2008 | 2 | Summons Issued as to EQUIFAX INFORMATION SERVICES LLC. Days Due - 20. (nf, ) (Entered: 03/25/2008) |
| 03/25/2008 |   | CASE REFERRED to Arbitration. (nf, ) (Entered: 03/25/2008) |
| 03/25/2008 | 3 | NOTICE of Appearance by JAMES A. FRANCIS on behalf of BRUCE A. SUMMERFIELD (FRANCIS, JAMES) (Entered: 03/25/2008) |
| 03/25/2008 | 4 | Letter from John Soumilas Re: Removing Case from Arbitration Track. (SOUMILAS, JOHN) (Entered: 03/25/2008) |
| 04/08/2008 | 5 | WAIVER OF SERVICE Returned Executed by BRUCE A. SUMMERFIELD. EQUIFAX INFORMATION SERVICES LLC waiver sent on 3/31/2008, answer due 5/30/2008. (SOUMILAS, JOHN) (Entered: 04/08/2008) |
| 05/30/2008 | 6 | ANSWER to Complaint & *Defenses (w/ cert. of service)* by EQUIFAX INFORMATION SERVICES LLC. (Attachments: # 1 Civil Cover Sheet, # 2 Corporate Disclosure Statement)(ALBANESE, DEBRA) (Entered: 05/30/2008) |
| 06/02/2008 | 7 | ORDER Initial Conference set for 7/22/2008 at 10:00 AM before Magistrate Judge Ann Marie Donio. Signed by Magistrate Judge Ann Marie Donio on 6/2/2008. (sk) (Entered: 06/02/2008) |
| 06/02/2008 |   | CLERK'S QUALITY CONTROL MESSAGE: The Corporate Disclosure Statement attached to the 6 ANSWER submitted by D. ALBANESE on 5/30/2008 was submitted incorrectly. PLEASE RESUBMIT THE CORPORATE DISCLOSURE STATEMENT USING THE 'CORPORATE |

|  |  | DISCLOSURE STATEMENT' EVENT LOCATED UNDER THE 'OTHER DOCUMENTS' MENU. This submission will remain on the docket unless otherwise ordered by the court. (sk) (Entered: 06/02/2008) |
|---|---|---|
| 06/02/2008 | 8 | Corporate Disclosure Statement by EQUIFAX INFORMATION SERVICES LLC identifying Equifax Inc. as Corporate Parent.. (ALBANESE, DEBRA) (Entered: 06/02/2008) |
| 06/04/2008 | 9 | *Amended* ANSWER to Complaint *& Defenses (w/ cert. of service)* by EQUIFAX INFORMATION SERVICES LLC.(ALBANESE, DEBRA) (Entered: 06/04/2008) |
| 07/18/2008 | 10 | Certification of Cara Hergenroether in Support of Application for Admission Pro Hac Vice on behalf of EQUIFAX INFORMATION SERVICES LLC. (Attachments: # 1 Certification of Debra M. Albanese, # 2 Text of Proposed Order)(sk) (Entered: 07/21/2008) |
| 07/18/2008 | 11 | ORDER on Informal Application admitting Cara Hergenroether as pro ha vice counsel. Signed by Magistrate Judge Ann Marie Donio on 7/18/2008. (sk) (Entered: 07/21/2008) |
| 07/22/2008 |  | Minute Entry for proceedings held before Magistrate Judge Ann Marie Donio: Initial Scheduling Conference held on 7/22/2008. (sb) (Entered: 07/22/2008) |
| 07/23/2008 | 12 | SCHEDULING ORDER: In-Person Status Conference set for 9/15/2008 at 02:00 PM before Magistrate Judge Ann Marie Donio. Signed by Magistrate Judge Ann Marie Donio on 7/23/2008. (sk) (Entered: 07/23/2008) |
| 07/25/2008 | 13 | MOTION for Leave to Appear Pro Hac Vice *David A. Searles* by BRUCE A. SUMMERFIELD. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Certificate of Service)(SOUMILAS, JOHN) (Entered: 07/25/2008) |
| 07/28/2008 |  | Setting Deadlines as to 13 MOTION for Leave to Appear Pro Hac Vice *David A. Searles*. Motion returnable date set for 8/18/2008 before Magistrate Judge Ann Marie Donio. PLEASE BE ADVISED THIS MOTION WILL BE DECIDED ON THE PAPERS UNLESS OTHERWISE NOTIFIED BY THE COURT. (sk) (Entered: 07/28/2008) |
| 07/28/2008 |  | Pro Hac Vice fee for Cara Hergenroether: $150, receipt number 100 307845. (sk) (Entered: 07/29/2008) |
| 07/29/2008 | 14 | Certification of Service of B. Goheen Pro Hac Vice application on Plaintiff's counsel on behalf of EQUIFAX INFORMATION SERVICES LLC. (ALBANESE, DEBRA) (Entered: 07/29/2008) |
| 07/29/2008 | 15 | Certification of Service of L. Perling Pro Hac Vice application on Plaintiff's counsel on behalf of EQUIFAX INFORMATION SERVICES LLC. (ALBANESE, DEBRA) (Entered: 07/29/2008) |
| 07/29/2008 | 16 | Notice of Request by Pro Hac Vice Cara Hergenroether to receive Notices of Electronic Filings. (ALBANESE, DEBRA) (Entered: 07/29/2008) |
| 07/30/2008 | 17 | Certification of D. Albanese in Support of Consent Application for Admission of B. Goheen Pro Hac Vice on behalf of EQUIFAX INFORMATION |

| | | |
|---|---|---|
| | | SERVICES LLC. (Attachments: # 1 Certification of B. Goheen, Esq., # 2 Text of Proposed Order)(ALBANESE, DEBRA) (Entered: 07/30/2008) |
| 07/30/2008 | 18 | Certification of D. Albanese in Support of Consent Application for Admission of L. Perling Pro Hac Vice on behalf of EQUIFAX INFORMATION SERVICES LLC. (Attachments: # 1 Certification of L. Perling, Esq., # 2 Text of Proposed Order)(ALBANESE, DEBRA) (Entered: 07/30/2008) |
| 07/31/2008 | 19 | ORDER ON INFORMAL APPLICATION permitting Barry Goheen and Lewis P. Perling to appear pro hac vice. Signed by Magistrate Judge Ann Marie Donio on 7/31/2008. (sk) (Entered: 08/01/2008) |
| 08/06/2008 | 20 | ORDER granting 13 Motion for Leave to Appear Pro Hac Vice as to David A. Searles, Esq.. ORDERED that David A. Searles, Esq. shall make a payment of $150.00 on each admission, payable to the Clerk, United States District Court, etc.. Signed by Magistrate Judge Ann Marie Donio on 8/6/2008. (TH, ) (Entered: 08/07/2008) |
| 08/11/2008 | | Pro Hac Vice fee received by Barry Goheen, Esq.: $ 150, receipt number 307897 (TH, ) (Entered: 08/13/2008) |
| 08/11/2008 | | Pro Hac Vice fee received by Lewis P. Perling, Esq.: $ 150, receipt number 307898 (TH, ) (Entered: 08/13/2008) |
| 08/13/2008 | 21 | Notice of Request by Pro Hac Vice Barry Goheen to receive Notices of Electronic Filings. (ALBANESE, DEBRA) (Entered: 08/13/2008) |
| 08/13/2008 | 22 | Notice of Request by Pro Hac Vice Lewis P. Perling to receive Notices of Electronic Filings. (ALBANESE, DEBRA) (Entered: 08/13/2008) |
| 09/15/2008 | | Minute Entry for proceedings held before Magistrate Judge Ann Marie Donio: Status Conference held on 9/15/2008. (sb) (Entered: 09/15/2008) |
| 09/15/2008 | 24 | ORDER on Informal Application removing case from Arbitration. Signed by Magistrate Judge Ann Marie Donio on 9/15/2008. (TH, ) (Entered: 09/16/2008) |
| 09/15/2008 | 25 | SCHEDULING ORDER: Telephone Status Conference set for 1/12/2009 11:00 AM before Magistrate Judge Ann Marie Donio. Motion for class certification shall be filed no later than 12/1/2008. Signed by Magistrate Judge Ann Marie Donio on 9/15/2008. (TH, ) (Entered: 09/16/2008) |
| 09/16/2008 | 23 | NOTICE of Appearance by JOANNE Y. PARK on behalf of BRUCE A. SUMMERFIELD (PARK, JOANNE) (Entered: 09/16/2008) |
| 10/14/2008 | | Pro Hac Vice fee as to David A. Searles, Esq.: $ 150, receipt number 308061 (TH, ) (Entered: 10/16/2008) |
| 10/23/2008 | 26 | Joint MOTION for Extension of Time to Complete Discovery by BRUCE A. SUMMERFIELD. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(SOUMILAS, JOHN) (Entered: 10/23/2008) |
| 10/27/2008 | | Setting Deadlines as to 26 Joint MOTION for Extension of Time to Complete Discovery. Motion returnable date set for 11/17/2008 before Magistrate Judge Ann Marie Donio. PLEASE BE ADVISED THE MOTION SHALL BE |

| | | |
|---|---|---|
| | | DECIDED ON THE PAPERS UNLESS OTHERWISE NOTIFIED BY THE COURT. (TH, ) (Entered: 10/27/2008) |
| 10/28/2008 | 27 | ORDER granting 26 Motion for Extension of Time to Complete Discovery. Motion for Class Certification shall be filed no later than 2/2/2009. Telephone Status Conference is RESCHEDULED for 3/18/2009 at 10:00 AM before the Honorable Ann Marie Donio. Signed by Magistrate Judge Ann Marie Donio on 10/27/2008. (TH, ) (Entered: 10/28/2008) |
| 11/06/2008 | 28 | APPLICATION/PETITION for by BRUCE A. SUMMERFIELD. (Attachments: # 1 Certificate of Service)(SOUMILAS, JOHN) (Entered: 11/06/2008) |
| 02/02/2009 | 29 | MOTION to Certify Class by BRUCE A. SUMMERFIELD. Responses due by 2/17/2009 (Attachments: # 1 Brief In Support of Motion For Class Certification, # 2 Certification of John Soumilas In Support of Plaintiff's Motion for Class Certification - Part 1, # 3 Certification of John Soumilas In Support of Motion for Class Certification - Part 2, # 4 Text of Proposed Order, # 5 Certificate of Service)(SOUMILAS, JOHN) (Entered: 02/02/2009) |
| 02/03/2009 | 30 | NOTICE of Appearance by GREGORY JOSEPH GORSKI on behalf of BRUCE A. SUMMERFIELD (GORSKI, GREGORY) (Entered: 02/03/2009) |
| 02/04/2009 | | Set Deadlines as to 29 MOTION to Certify Class. Motion set for 3/2/2009 before Judge Joseph H. Rodriguez. The motion will be decided on the papers. No appearances required unless notified by the court. (th, ) (Entered: 02/04/2009) |
| 02/16/2009 | 31 | Letter from D. Albanese re: motion for class certification. (ALBANESE, DEBRA) (Entered: 02/16/2009) |
| 02/17/2009 | | CLERK'S QUALITY CONTROL MESSAGE: JOANNE Y. PARK, does not have a correct e-mail address listed with the court and is not receiving his/her notices of electronic filing in this case. Pursuant to local rule 10.1 and court procedures, counsel and unrepresented parties are required to notify the court of any mailing or e-mail address changes. The court has deleted the invalid e-mail address. Attorneys should review the ECF link on our web site for information on maintaining your account and unrepresented parties, or those attorneys without access to maintaining their account, should notice the Clerk. (sa, ) (Entered: 02/17/2009) |
| 02/26/2009 | 32 | Letter from D. Albanese re: motion for class certification. (ALBANESE, DEBRA) (Entered: 02/26/2009) |
| 03/17/2009 | 33 | MOTION to Seal Document w/ cert. of service by EQUIFAX INFORMATION SERVICES LLC. (Attachments: # 1 Certification of D. Albanese, # 2 Text of Proposed Order)(ALBANESE, DEBRA) (Entered: 03/17/2009) |
| 03/17/2009 | 34 | BRIEF in Opposition re 29 MOTION to Certify Class (w/ cert. of service) filed by EQUIFAX INFORMATION SERVICES LLC. (Attachments: # 1 Exhibit A-B to brief, # 2 Exhibit C-E to brief)(ALBANESE, DEBRA) (Entered: 03/17/2009) |

| | | |
|---|---|---|
| 03/18/2009 | | Set Deadlines as to 33 MOTION to Seal Document *w/ cert. of service*. Motion set for 4/20/2009 before Judge Joseph H. Rodriguez. The motion will be decided on the papers. No appearances required unless notified by the court. (TH, ) (Entered: 03/18/2009) |
| 03/18/2009 | 35 | SCHEDULING ORDER: Dispositive Motions shall be filed 30 days following the decision of the pending Motion for Class Certification [#29]. Signed by Magistrate Judge Ann Marie Donio on 3/18/2009. (TH, ) (Entered: 03/18/2009) |
| 03/18/2009 | | Minute Entry for proceedings held before Magistrate Judge Ann Marie Donio: Telephone Status Conference held on 3/18/2009. (sb, ) (Entered: 03/19/2009) |
| 03/26/2009 | 36 | Letter from John Soumilas. (SOUMILAS, JOHN) (Entered: 03/26/2009) |
| 04/17/2009 | | TEXT ORDER: Plaintiff's request 36 for a 21-day extension to file a Reply Brief is granted. The Reply Brief is due on April 21, 2009. Signed by Judge Joseph H. Rodriguez on 04/17/09. (db, ) (Entered: 04/17/2009) |
| 04/17/2009 | | Set Hearings: Telephone Status Conference set for 4/23/2009 03:00 PM before Magistrate Judge Ann Marie Donio. Plaintiff's counsel shall initiate the call. (sb) (Entered: 04/17/2009) |
| 04/22/2009 | 37 | REPLY BRIEF to Opposition to Motion re 29 MOTION to Certify Class filed by BRUCE A. SUMMERFIELD. (Attachments: # 1 Certification of James A. Francis, # 2 Certificate of Service)(FRANCIS, JAMES) (Entered: 04/22/2009) |
| 04/23/2009 | | Minute Entry for proceedings held before Magistrate Judge Ann Marie Donio: Telephone Status Conference held on 4/23/2009. (sb, ) (Entered: 04/23/2009) |
| 04/23/2009 | 38 | SCHEDULING ORDER: All remaining Discovery shall be concluded by 7/31/2009.. Signed by Magistrate Judge Ann Marie Donio on 4/23/2009. (TH, ) (Entered: 04/24/2009) |
| 05/20/2009 | 39 | Letter from Plaintiff's Counsel re 29 MOTION to Certify Class. (SEARLES, DAVID) (Entered: 05/20/2009) |
| 06/24/2009 | 40 | RESPONSE in Opposition re 29 MOTION to Certify Class filed by EQUIFAX INFORMATION SERVICES LLC. (ALBANESE, DEBRA) (Entered: 06/24/2009) |
| 07/17/2009 | 41 | MOTION to Compel *Insurance Agreements* by BRUCE A. SUMMERFIELD. (Attachments: # 1 Exhibit A-D)(SOUMILAS, JOHN) (Entered: 07/17/2009) |
| 07/20/2009 | | Set Deadlines as to 41 MOTION to Compel *Insurance Agreements*. Motion set for 8/17/2009 before Magistrate Judge Ann Marie Donio. The motion will be decided on the papers. No appearances required unless notified by the court. (tf, ) (Entered: 07/20/2009) |
| 07/20/2009 | 42 | ORDER DENIED WITHOUT PREJUDICE 41 Motion to Compel. Ordered that all counsel shall appear for a telephone conference on 08/10/2009 at 12:00 PM. Counsel for Plaintiff shall initiate the telephone call. Signed by Magistrate Judge Ann Marie Donio on 08-1450. (tf, ) Modified on 7/21/2009 (tf, ). (Entered: 07/20/2009) |

| | | |
|---|---|---|
| 07/27/2009 | 43 | Letter from John Soumilas. (SOUMILAS, JOHN) (Entered: 07/27/2009) |
| 07/28/2009 | 44 | SCHEDULING ORDER: Telephone status conference on August 10, 2009 is adjourned. Telephone Status Conference set for 10/5/2009 03:00 PM before Magistrate Judge Ann Marie Donio. Signed by Magistrate Judge Ann Marie Donio on 7/28/09. (et, ) (Entered: 07/28/2009) |
| 07/30/2009 | 45 | Letter from John Soumilas re: extending discovery deadlines. (SOUMILAS, JOHN) (Entered: 07/30/2009) |
| 07/31/2009 | 46 | SCHEDULING ORDER: All remaining Discovery shall be concluded by 8/31/2009. Signed by Magistrate Judge Ann Marie Donio on 7/31/2009. (TH, ) (Entered: 08/03/2009) |
| 08/31/2009 | 47 | LETTER ORDER setting Oral argument on the pending motions, re 29 MOTION to Certify Class, 33 MOTION to Seal Document *w/ cert. of service, for 9/24/2009 at 1:30 PM in Courtroom 5D, Camden, New Jersey.* Signed by *Judge Joseph H. Rodriguez on 8/31/2009. (TH, ) (Entered: 09/01/2009)* |
| 09/22/2009 | 48 | RESPONSE in Opposition re 29 MOTION to Certify Class *re: supplemental authority* filed by EQUIFAX INFORMATION SERVICES LLC. (ALBANESE, DEBRA) (Entered: 09/22/2009) |
| 09/24/2009 | 49 | Minute Entry for proceedings held before Judge Joseph H. Rodriguez: Motion Hearing held on 9/24/2009 re 29 MOTION to Certify Class filed by BRUCE A. SUMMERFIELD. Decision Reserved. (Court Reporter/Carl Nami, Jr..) (db, ) (Entered: 09/24/2009) |
| 09/30/2009 | 50 | MEMORANDUM OPINION & ORDER granting 33 Motion to Seal Exhibit 1 to Exhibit B attached to Response in Opposition to Plaintiff's Motion for Class Cert; granting 29 Motion to Certify Class. Signed by Judge Joseph H. Rodriguez on 9/29/2009. (TH, ) Modified on 9/30/2009 (TH, ). (Entered: 09/30/2009) |
| 10/05/2009 | | Minute Entry for proceedings held before Magistrate Judge Ann Marie Donio: Telephone Status Conference held on 10/5/2009. (sb) (Entered: 10/05/2009) |
| 10/07/2009 | 51 | SCHEDULING ORDER: Telephone Status Conference set for 11/23/2009 10:30 AM before Magistrate Judge Ann Marie Donio. Counsel for Plaintiff shall initiate call. Signed by Magistrate Judge Ann Marie Donio on 10/7/2009. (TH, ) (Entered: 10/07/2009) |
| 10/09/2009 | 52 | Exhibit to Set/Reset Motion and R&R Deadlines/Hearings, 50 Order on Motion to Seal Document, Order on Motion to Certify Class,, by EQUIFAX INFORMATION SERVICES LLC. (Attachments: # 1 Exhibit (part 2), # 2 Exhibit (pt. 3))(ALBANESE, DEBRA) (Entered: 10/09/2009) |
| 10/15/2009 | 53 | MOTION for Reconsideration re 50 Order on Motion to Seal Document, Order on Motion to Certify Class,, *(w/ cert. of service)* by EQUIFAX INFORMATION SERVICES LLC. (Attachments: # 1 Brief in Support of Motion, # 2 Text of Proposed Order)(ALBANESE, DEBRA) (Entered: 10/15/2009) |
| 10/16/2009 | | Set Deadlines as to 53 MOTION for Reconsideration re 50 Order on Motion to |

| | | |
|---|---|---|
| | | Seal Document, Order on Motion to Certify Class, *(w/ cert. of service)*. Motion set for 11/16/2009 before Judge Joseph H. Rodriguez. The motion will be decided on the papers. No appearances required unless notified by the court. (TH, ) (Entered: 10/16/2009) |
| 10/26/2009 | 57 | Transcript of Proceedings held on 9/24/2009, before Judge Joseph H. Rodriguez. Court Reporter/Transcriber Carl J. Nami, Telephone number 856-757-5019. **NOTICE REGARDING REDACTION OF TRANSCRIPTS:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript. If no such notice is filed, the transcript will be made remotely available in electronic format to the public without redaction after ninety(90) calendar days. The redaction policy is located on our website at www.njd.uscourts.gov. Transcripts may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for release of transcript restriction. After that date it may be obtained through PACER. Redaction Request due 11/16/2009. Redacted Transcript Deadline set for 11/30/2009. Release of Transcript Restriction set for 1/24/2010. (nf, ) (Entered: 11/02/2009) |
| 10/30/2009 | 54 | NOTICE by BRUCE A. SUMMERFIELD *Proposed Form of Class Action Notice & Opt Out Form* (FRANCIS, JAMES) (Entered: 10/30/2009) |
| 10/30/2009 | 55 | SCHEDULING ORDER: Telephone Status Conference is RESCHEDULED to 1/5/2010 3:30 PM before Magistrate Judge Ann Marie Donio. Counsel for Plaintiff shall initiate call. Dispositive Motions due by 1/8/2010.. Signed by Magistrate Judge Ann Marie Donio on 10/30/2009. (TH, ) (Entered: 10/30/2009) |
| 10/30/2009 | 56 | AMENDED DOCUMENT by BRUCE A. SUMMERFIELD. Amendment to 54 Notice (Other) *Proposed Form of Class Action Notice & Opt Out Form*. (Attachments: # 1 Certificate of Service)(FRANCIS, JAMES) (Entered: 10/30/2009) |
| 10/30/2009 | | Minute Entry for proceedings held before Magistrate Judge Ann Marie Donio: Telephone Status Conference held on 10/30/2009. (sb) (Entered: 11/02/2009) |
| 11/02/2009 | 58 | BRIEF in Opposition re 53 MOTION for Reconsideration re 50 Order on Motion to Seal Document, Order on Motion to Certify Class,, *(w/ cert. of service)* MOTION for Reconsideration re 50 Order on Motion to Seal Document, Order on Motion to Certify Class,, *(w/ cert. of service)* filed by BRUCE A. SUMMERFIELD. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(SOUMILAS, JOHN) (Entered: 11/02/2009) |
| 12/01/2009 | 59 | RESPONSE re 56 Amended Document. (ALBANESE, DEBRA) (Entered: 12/01/2009) |
| 01/04/2010 | 60 | MEMORANDUM OPINION AND ORDER denying 53 Motion for Reconsideration. Signed by Judge Joseph H. Rodriguez on 1/4/2010. (TH, ) (Entered: 01/04/2010) |
| 01/05/2010 | | Minute Entry for proceedings held before Magistrate Judge Ann Marie Donio: Telephone Status Conference held on 1/5/2010. (sb) (Entered: 01/05/2010) |

| | | |
|---|---|---|
| 01/06/2010 | 61 | STIPULATION AND ORDER to extend deadlines. Signed by Magistrate Judge Ann Marie Donio on 1/6/2010. (TH, ) (Entered: 01/06/2010) |
| 05/11/2010 | 62 | SCHEDULING ORDER: Telephone Status Conference set for 5/17/2010 11:30 AM before Magistrate Judge Ann Marie Donio. Counsel for plaintiff shall initiate call. Signed by Magistrate Judge Ann Marie Donio on 5/11/2010. (TH, ) (Entered: 05/11/2010) |
| 05/17/2010 | | Minute Entry for proceedings held before Magistrate Judge Ann Marie Donio: Telephone Status Conference held on 5/17/2010. (sb) (Entered: 05/18/2010) |
| 06/18/2010 | 63 | SCHEDULING ORDER: Telephone Status Conference set for 7/13/2010 1:45 PM before Magistrate Judge Ann Marie Donio. Counsel for plaintiff shall initiate call. Signed by Magistrate Judge Ann Marie Donio on 6/18/2010. (TH, ) (Entered: 06/18/2010) |
| 06/25/2010 | 64 | Letter from John Soumilas, Esq. (SOUMILAS, JOHN) (Entered: 06/25/2010) |
| 07/13/2010 | 65 | Consent MOTION to Transfer Case to Eastern District of Pennsylvania *for Purposes of Settlement of Certified Class Action* by BRUCE A. SUMMERFIELD. (Attachments: # 1 Text of Proposed Order)(SOUMILAS, JOHN) (Entered: 07/13/2010) |
| 07/13/2010 | | Minute Entry for proceedings held before Magistrate Judge Ann Marie Donio: Telephone Status Conference held on 7/13/2010. (sb) (Entered: 07/13/2010) |
| 07/14/2010 | | Set Deadlines as to 65 Consent MOTION to Transfer Case to Eastern District of Pennsylvania *for Purposes of Settlement of Certified Class Action*. Motion set for 8/16/2010 before Judge Joseph H. Rodriguez. The motion will be decided on the papers. No appearances required unless notified by the court. (TH, ) (Entered: 07/14/2010) |
| 07/20/2010 | 66 | CONSENT ORDER granting 65 Motion to Transfer Case to the United States District Court for the Eastern District of Pennsylvania for purposes of settlement and certified class action. Signed by Judge Joseph H. Rodriguez on 7/20/2010. (TH, ) (Entered: 07/20/2010) |
| 07/20/2010 | | ***Civil Case Terminated. (TH, ) (Entered: 07/20/2010) |
| 07/20/2010 | | CLERK'S NOTE: Case transferred to EDPA electronically via CM/ECF case extraction. (mmb, ) (Entered: 07/20/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/21/2010 09:48:59 | | | |
| PACER Login: | us4447 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:08-cv-01450-JHR-AMD Start date: 1/1/1970 End date: 7/21/2010 |
| Billable | 6 | Cost: | 0.48 |

Pages: